**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GULIANA DESIMONE,          : | |
|        Plaintiff,          : | |
|                            : | |
| v.                         : | Civ. No. 21-2063 |
|                            : | |
| TRANS UNION, LLC, et al.,  : | |
|        Defendants.         : | |

**O R D E R**

**AND NOW**, this 23rd day of February, 2022, upon review of the docket in the above-captioned matter, it is hereby **ORDERED** that Plaintiff shall **SHOW CAUSE** why Defendants Experian Information Solutions and Amerifinancial Solutions in should not be dismissed from this matter without prejudice for failure to prosecute **no later than March 2, 2022.**

                                        **AND IT IS SO ORDERED.**

                                        */s/ Paul S. Diamond*
                                        Paul S. Diamond, J.