# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennylvania

| | |
|---|---|
| **Giuliana DeSimone** | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 2:21-cv-02063 |
| **Trans Union, LLC, Experian Information Solutions,** | ) |
| **Inc., Equifax Information Services LLC and** | ) |
| **AmeriFinancial Solutions, LLC** | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, James Ennis, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on AmeriFinancial Solutions, LLC in Baltimore County, MD on February 25, 2022 at 1:36 pm at 2405 York Rd, Lutherville-Timonium, MD 21093 by leaving the following documents with Rebecca Gott who as Intake specialist at CT Corporation is authorized by appointment or by law to receive service of process for AmeriFinancial Solutions, LLC.

Summons for AF
Civil Cover Sheet, Designation Form, Case Management Track Designation Form and Complaint with Jury Demand

Additional Description:
I delivered the documents to Rebecca Gott, intake specialist for Registered Agent CT Corporation.

White Female, est. age 30, glasses: Y, Brown hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=39.45377041,-76.63133059
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ___York County___,
___PA___ on ___2/28/2022___.

/s/ *James Ennis*

Signature
James Ennis
(717) 324-2798

# Exhibit 1

Exhibit 1a)

