

**RICHARD H. KIM, ESQUIRE**
☎ 855-996-6342   📠 855-235-5855
rkim@thekimlawfirmllc.com

REPLY TO:   1635 Market Street, Suite 1600   Philadelphia, PA 19103

March 2, 2022

*<u>Via ECF Filing</u>*
The Honorable Paul S. Diamond
Judge, United States District Court
14614, U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re: **DeSimone v. Trans Union, LLC,** *et al.*
        <u>**United States District Court, EDPA**</u>
        <u>**Case No. 2:21-cv-02063-PD**</u>

To The Honorable Paul S. Diamond:

  My Firm represents Plaintiff Giulliana DeSimone in the above referenced matter. Your Honor had issued a Rule dated February 23, 2022 directing Plaintiff to show cause as to why Defendants Experian Information Solutions, Inc. and AmeriFinancial Solutions should not be dismissed because the Complaint had yet to be served on those Defendants. On February 25, 2022 Plaintiff served both Experian and AmeriFinancial, which is confirmed by the Affidavits of Service which have been filed with the Court. Those Affidavits were filed with the Court on March 1, 2022. Plaintiff apologizes for the delay with resolving this issue and respectfully requests that this action not be dismissed with respect to these Defendants now that the Complaint has been served.

          Respectfully submitted,

          **THE KIM LAW FIRM, LLC**


          BY: /s/ *Richard H. Kim*
            Richard H. Kim

RHK/ak
Cc: Counsel of record (via ECF Notification)